**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:26−cr−00696

Ali Khalil Abdullah Khan

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Ali Khalil Abdullah Khan as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/29/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment & Detention Hrg

---

Date: October 28, 2026 Nathan Ochsner, Clerk
by R. Willborg , Deputy Clerk