IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL H-26-696 |
| | § | |
| ALI KAHLIL ABDULLAH KHAN | § | |
| | § | |

## Notice of Transfer

1. This case has been transferred to Magistrate Judge Yvonne Ho for this reason:

   ☒ Agreement between the judges.

   ☐ Bankruptcy-related case reassigned to the judge with the lowest-numbered case.

   ☐ Case exchanged for CA ______________ which was transferred due to:

   ☐ Recusal ☐ Judges' agreement ☐ Bankruptcy related

   ☐ Creation of docket for new judge.

   ☐ Other ________________________________________________.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

NATHAN OCHSNER, Clerk

Date: November 2,2026

By: C. Horace
Case Manager to Judge Kenneth M. Hoyt